Eastern District of Kentucky
**FILED**

MAR 27 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

**UNITED STATES OF AMERICA**

V.                                                                                   INDICTMENT NO. 6:25-cr-026-REW
                                                                                       21 U.S.C. § 841(a)(1)

**RONALD DUGGER**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about June 17, 2024, in Laurel County, in the Eastern District of Kentucky,

**RONALD DUGGER,**

aided and abetted by others, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 18 U.S.C. § 2 and 21 U.S.C. § 841(a)(1).

**FORFEITURE ALLEGATION**
**21 U.S.C. § 853**

1.  By virtue of the commission of the felony offense alleged in the Indictment, **RONALD DUGGER** shall forfeit to the United States any and all property used, or intending to be used, to commit and to facilitate the commission of the violations of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. § 841. Any and all interest that

RONALD DUGGER has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. The property to be forfeited includes, but is not limited to the follow:

   **CURRENCY:**
   a. $1,680 in United States currency seized or about June 17, 2024.

3. If any of the property listed above, as a result of any act or omission of the Defendant, (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

FOREPERSON

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## **PENALTIES**

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

> **If Prior Felony Drug Offense:** Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release.

**PLUS:**   Mandatory special assessment of $100.

**PLUS:**   Forfeiture of listed items.